**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Joanna Burke<br>Debtor | Case No.: 23–35083<br>Chapter: 13 |

**CLERK'S NOTICE**

No proof of attendance at an approved credit counseling course has been filed in this case.

Dated: 12/29/23

Nathan Ochsner
Clerk of Court