| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>March 26, 2024<br>Nathan Ochsner, Clerk |

In Re:  Joanna Burke

**Debtor(s)**

Case No.: 23–35083

Chapter: 13

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Tiffany D Castro is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/26/24

_____
Jeffrey P. Norman
United States Bankruptcy Judge